F I L E D
CLERK, U.S. DISTRICT COURT
5/2/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00211-GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii): Distribution of Methamphetamine] |
| ARTURO VICTOR MENDOZA, aka "Scraps," aka "Scrappy," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about November 13, 2020, in Los Angeles County, within the Central District of California, defendant ARTURO VICTOR MENDOZA, also known as ("aka") "Scraps," aka "Scrappy," knowingly and intentionally distributed at least five grams, that is, approximately 6.29 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about December 3, 2020, in Los Angeles County, within the Central District of California, defendant ARTURO VICTOR MENDOZA, also known as ("aka") "Scraps," aka "Scrappy," knowingly and intentionally distributed at least five grams, that is, approximately 26.97 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about December 10, 2020, in Los Angeles County, within the Central District of California, defendant ARTURO VICTOR MENDOZA, also known as "Arturo Mendoza," "Scraps," and "Scrappy," knowingly and intentionally distributed at least five grams, that is, approximately 28.17 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about January 14, 2021, in Los Angeles County, within the Central District of California, defendant ARTURO VICTOR MENDOZA, also known as ("aka") "Scraps," aka "Scrappy," knowingly and intentionally distributed at least five grams, that is, approximately 15.86 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 12, 2021, in Los Angeles County, within the Central District of California, defendant ARTURO VICTOR MENDOZA, also known as ("aka") "Scraps," aka "Scrappy," knowingly and intentionally distributed at least 50 grams, that is, approximately 223.8 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

　　　/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

SONYA A. NEVAREZ
Special Assistant United States Attorney, General Crimes Section